# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Andrew SCOTT** DOB: 1979; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 22-00691MJ |
| Complaint for violation of Title 18, United States Code §§ 922 (g)(1) and 924(a)(2) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about November 8, 2022, in the District of Arizona, **Andrew SCOTT**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate or foreign commerce, a firearm, that is a Browning Machine Gun model M2 rifle; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On November 8, 2022, in the District of Arizona, ATF agents were conducting surveillance of **Andrew SCOTT** at a QT store located in South Tucson. Agents saw **SCOTT** meet with an individual known to **SCOTT** as "Chito". After seeing **SCOTT** and Chito meet at the QT, agents saw **SCOTT** and "Chito" drive a short distance away, stop their vehicles, and meet again on the side of the road. Agents then saw **SCOTT** receive three (3) boxes from "Chito". **SCOTT** later admitted he believed the boxes contained firearms and ammunition. **SCOTT** was encountered by law enforcement and consented to the search of the boxes he received. Agents located a Browning Machine Gun model M2 rifle in the boxes **SCOTT** received from "Chito".

In a post-*Miranda* interview, **SCOTT** stated that he was supposed to take the boxes from "Chito" and deliver them to a tractor trailer driver who would then take them to Mexico. **SCOTT** stated that he was aware that he had been previously convicted of a felony and could have faced three years in prison and that, although he was trying to get his rights restored, he was currently prohibited from possessing firearms. **SCOTT** also stated that he was aware that it is illegal to transport firearms or ammunition to the Republic of Mexico.

Court records confirm that **SCOTT** was previously convicted of a felony punishable by a term of imprisonment exceeding one year, to wit: Criminal Sexual Contact 4th degree in the 8th Judicial District Court, Union County, New Mexico under case number D-818-CR-200700019.

An ATF interstate nexus expert performed a preliminary interstate nexus determination on the Browning Machine Gun model M2 rifle and determined that it was not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | **BRETT ADLER** Digitally signed by BRETT ADLER Date: 2022.11.09 10:39:56 -07'00' |
| AUTHORIZED BY AUSA R. Arellano _Raquel Arellano_ Digitally signed by RAQUEL ARELLANO Date: 2022.11.09 09:57:24 -07'00' | OFFICIAL TITLE ATF SA Brett Adler |
| **Sworn by telephone** | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE November 9, 2022 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54